NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
CAMEREN N. RIPOLI (State Bar No. 318045)
cameren.ripoli@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF PITTSBURG, OFFICER ARELLANO and OFFICER TINDLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE AMONS; TERRELL AMONS; SANDRA TALBERT,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PITTSBURG; PITTSBURG POLICE OFFICER JESUS ARELLANO; PITTSBURG POLICE OFFICER DILLON TINDLE and DOES 1-25;,<br><br>Defendants. | Case No. C19-00301 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION** |

Plaintiffs TERRANCE AMONS, TERRELL AMONS, and SANDRA TALBERT ("Plaintiffs"), and Defendants CITY OF PITTSBURG, et al. ("Defendants"), by and through their respective attorneys of record, hereby stipulate to the following:

1. WHEREAS Your Honor issued a Case Management Order (ECF 26) on July 17, 2019, requiring the parties to complete an Early Neutral Evaluation ("ENE") by October 25, 2019.

2. WHEREAS Mr. David Meadows was assigned by the ADR Office as the ENE evaluator in this matter on July 26, 2019.

3. WHEREAS counsel and Mr. Meadows participated in a conference call on August

STIPULATION AND [PROPOSED] ORDER TO
EXTEND THE DEADLINE TO COMPLETE
ENE, C19-00301 KAW

1, 2019 and agreed the ENE session would occur on October 21, 2019.

4. WHEREAS Mr. Meadows had an unforeseen scheduling conflict and the parties had to reschedule the ENE session.

5. WHEREAS after further discussions between counsel and Mr. Meadows the parties have set the ENE session for November 8, 2019, at 10:00 a.m.

6. WHEREFORE, as good cause has been shown and the parties have stipulated thereto, by and through their respective counsel, and the ENE is now set for November 8, 2019, the parties seek an Order from the Court to continue the deadline to complete the ENE session from October 25, 2019, to November 15, 2019. This new deadline will not affect other set deadlines in this case.

IT IS SO STIPULATED

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: October 21, 2019    By:    /s/ Stanley Goff
                                  Stanley Goff
                                  Attorney for Plaintiffs

Dated: October 21, 2019    MCNAMARA, NEY, BEATTY, SLATTERY,
                           BORGES & AMBACHER LLP


                           By:    /s/ Blechman, Noah G
                                  Noah G. Blechman
                                  Cameren N. Ripoli
                                  Attorneys for Defendants
                                  CITY OF PITTSBURG, OFFICER ARELLANO and
                                  OFFICER TINDLE

STIPULATION AND [PROPOSED] ORDER TO    2
EXTEND THE DEADLINE TO COMPLETE
ENE, C19-00301 KAW

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The deadline to complete the ENE is hereby extended to November 15, 2019.

**IT IS SO ORDERED**

Dated: ___October 22___, 2019

By: _____
HON. KANDIS A. WESTMORE
MAGISTRATE JUDGE



McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330