NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
CAMEREN N. RIPOLI (State Bar No. 318045)
cameren.ripoli@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF PITTSBURG, OFFICER ARELLANO and OFFICER TINDLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE AMONS; TERRELL AMONS; SANDRA TALBERT,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PITTSBURG; PITTSBURG POLICE OFFICER JESUS ARELLANO; PITTSBURG POLICE OFFICER DILLON TINDALL and DOES 1-25;,<br><br>Defendants. | Case No. C19-00301 KAW<br><br>***UPDATED* JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:   November 19, 2019<br>Time:  1:30 p.m.<br>Dept:   Oakland Courthouse TBD<br>Judge: Hon. Kandis Westmore |

The parties hereby provide an *Updated* Joint Case Management Conference ("CMC") Statement for the upcoming CMC on November 19, 2019. The previous extensive Initial Joint CMC Statement was filed on June 17, 2019 (ECF 23). This matter already has a schedule and trial date per the Court's Case Management Scheduling Order (ECF 26). The parties are amenable to the Court vacating the current CMC if the Court believes this update addresses the needs of the Court.

UPDATED JOINT CMC STATEMENT – C19-00301 KAW

# I. ADR

**Plaintiffs**

Plaintiffs believe that further settlement talks are appropriate in this case. The Defendants have now conceded that the Decedent was wearing a seatbelt when he was shot by the Defendant officer that one or both officers were aware of at the time of the incident, so it is not likely that the Defendants will prevail on a motion for summary judgment.

**Defendants**

On November 8, 2019, the parties attended an Early Neutral Evaluation session with Evaluator Mr. David Meadows which was meaningful and substantive. All relevant parties were in attendance. Defendants do not believe this case is suitable for further ADR or a Settlement Conference and would like to proceed with discovery and, at the appropriate time, submit a motion for summary judgment regarding the key use of deadly force issue in this matter.

# II. DISCOVERY

### A. Plaintiffs' Inadequate Discovery Responses

Defendants sent written discovery to Plaintiffs, including special interrogatories and requests for the production of documents. However, Plaintiffs discovery responses were inadequate. First, despite identifying a number of documents in response to the requests for production of documents, Plaintiffs failed to produce a single document. Further, Plaintiffs failed to answer a number of relevant special interrogatories citing a generic relevance objection.

Pursuant to Your Honor's general standing order regarding civil discovery, Defendants sent a meet and confer letter to Plaintiffs outlining the specific deficient discovery responses and arranged a telephone call for November 1, 2019. During the call, Plaintiffs agreed to correct their deficient responses by the date of the ENE Conference. As of now, Plaintiffs have failed to correct their deficient discovery responses and have completely failed to respond to Defendants' recent email communications regarding these issues. Defendants will continue to meet and confer regarding these discovery issues, but may need to involve Your Honor in the matter if Plaintiffs continue to ignore their discovery obligations.

**Plaintiffs**

Plaintiffs are aware of the alleged deficiencies in their discovery responses and are working on correcting these deficiencies in order to furnish supplemental responses to the Defendants.

**B.     Depositions**

No depositions have yet been completed, but depositions will be scheduled for December, January and February in this matter.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: November 12, 2019          By:  /s/ Goff, Stanley
                                       Stanley Goff
                                       Attorney for Plaintiff MICHAEL PETERSEN


Dated:  November 12, 2019         MCNAMARA, NEY, BEATTY, SLATTERY,
                                  BORGES & AMBACHER LLP


                                  By:  /s/ Blechman, Noah G.
                                       Noah G. Blechman
                                       Cameren N. Ripoli
                                       Attorneys for Defendants
                                       CITY OF PITTSBURG, OFFICER ARELLANO and
                                       OFFICER TINDALL