UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 19, 2019 | **Time:** 1:43 pm - 1:52 pm | **Judge:** KANDIS A. WESTMORE |
|---|---|---|
| **Case No.:** 19-cv-00301-KAW | **Case Name:** Amons v. Pittsburg City of, et al. | |

**Attorney for Plaintiff:** Stanley Goff
**Attorneys for Defendant:** Noah Blechman and Cameren Ripoli

**Deputy Clerk:** Stephen Ybarra            **FTR:** 1:43 - 1:52

### PROCEEDINGS

FURTHER CASE MANAGEMENT CONFERENCE

**Notes:** Plaintiff shall resolve deficiencies in discovery responses no later than November 22, 2019. The defense plans to conduct depositions in December, January, and February. Plaintiff intends to conduct depositions as well. At the hearing on motion for summary judgment, the Court will evaluate whether setting a further case management conference is appropriate.