UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE AMONS, et al., <br> Plaintiffs, <br> v. <br> PITTSBURG CITY OF, et al., <br> Defendants. | Case No. 4:19-cv-00301-KAW <br><br> ORDER REGARDING PROPOSED STIPULATED PROTECTIVE ORDER <br><br> Re: Dkt. No. 37 |

On February 18, 2020, the parties filed a stipulated protective order. They did not, however, indicate whether they were using a model protective order or a modified protective order as required by the Court's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 12.)

Accordingly, the parties are ordered to submit, within 7 days of this order, (a) a declaration stating that the proposed order is identical to one of the model orders, (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order, or (c) a declaration explaining why use of one of the model orders is not practicable.

IT IS SO ORDERED.

Dated: February 19, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge